UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>JOHN DOE,<br><br>                Defendant. | 24-CV-5663 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

    On December 23, 2024, the Court instructed Plaintiff to file a status letter by January 15, 2025. No such letter has been received. By **February 21, 2025**, Plaintiff shall file a status letter indicating how it intends to proceed in this matter.

    SO ORDERED.

Dated: February 10, 2025
       New York, New York

                                               DALE E. HO
                                  United States District Judge